UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 22-6364 MWF (RAOx)**                                      Dated: **November 7, 2022**

Title:       GS Holistic, LLC -v- ADDS Enterprise, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                                 None Present

**PROCEEDINGS (IN CHAMBERS):**        **ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT**

In light of the Default By Clerk [16] entered on October 14, 2022, the Court sets a hearing for Order To Show Cause Re Default Judgment for December 12, 2022 at 11:30 a.m. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

Any Motion for default judgment must comply with the Court's Procedures and Schedules.  *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

IT IS SO ORDERED.

MINUTES FORM 90                                                                                  Initials of Deputy Clerk   rs
CIVIL - GEN

-1-